# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

Cooke Associates of Fork, Inc., d/b/a Sunny Acres, Cooke Associates of Bishopville, LLC, McCoy Memorial Nursing Center, Inc., Aiken Nursing Home Inc., d/b/a Azalea Woods, Honorage Nursing Home Inc., Clarke Nursing Home, Cooke Associates of Florence, Inc., Cooke Associates of Fountain Inn, LLC, d/b/a Fountain Inn Convalescent Home, Kingstree Nursing Facility Inc., d/b/a Kingstree Nursing Facility, Cooke Associates of Lake View, LLC, Carolina MedCare Inc., and Ryan Finklea,

vs.

Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, Leslie V. Norwalk, Esq., Acting Administrator of the Centers for Medicare and Medicaid Services, and Robert M. Kerr, Director of the South Carolina Department of Health and Human Services.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:06-cv-03635-RBH

**[ ]** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[X]** **Decision on the Record.** This action came before the court on a Consent Motion to Dismiss. The issues have been reviewed and a decision rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

LARRY W. PROPES, Clerk

By      *s/Shari L. Stefano*
                Deputy Clerk

January 19, 2007